IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONI TYEAS WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 10-3204 |

## ORDER

JOHN P. FULLAM, J.

AND NOW, this 9th day of March, 2011, upon consideration of the Plaintiff's Motion for Summary Judgment, and the Defendant's Motion for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Claimant's Request for Review is DENIED; and

2. JUDGMENT SHALL BE ENTERED in this case in favor of the Defendant.

BY THE COURT:

_____
JOHN P. FULLAM, J.